```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/28/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALEXANDRA HOBBS, On Behalf of herself
All Others Similarly Situated,

               Plaintiff,

      -against-

DEUTSCHE BANK AMERICAS HOLDING
CORP.,

              Defendant.
-----------------------------------------------------------------X

22-CV-3272 (PAE) (KHP)

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Notice of Settlement filed on July 27, 2022 (doc. no 12) the Initial Case Management Conference currently scheduled for **August 11, 2022** is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
               July 28, 2022

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge